HOWARD M. GARFIELD  State Bar #43369
IRENE K. YESOWITCH  State Bar #111575
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendants
BAY STREET CORPORATION dba RED JACK SALOON (sued erroneously herein as Red Jack Saloon);
NORMA PALADINI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS,<br><br>Plaintiffs,<br><br>vs.<br><br>RED JACK SALOON; NORMA PALADINI; and DOES 1-20, inclusive,<br><br>Defendants. | CASE No. CV-08-2978<br><br>**PROOF OF SERVICE** |

DOCS\PENDING-PENDING\550264.V1

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

PROOF OF SERVICE

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Long & Levit LLP, 465 California Street, Suite 500, San Francisco, CA 94104.

    On June 16, 2008, I served the documents named below on the following attorney(s) of record and/or interested parties in the case of *Les Jankey, et al. v. Red Jack Saloon, et al.*, United States District Court, Northern District of California, Case No. CV-08-2978.

1. NOTICE OF REMOVAL OF ACTION; UDNER 28 U.S.C. SEC. 1441(b) (FEDERAL QUESTION);
2. SCHEDULING ORDER FAR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITES ACT TITLE III (42 U.S.C. §§ 12181-89);
3. DROP BOX FILING PROCEDURES;
4. WELOCOME TO TO THE U.S. DISTRICT COURT, SAN FRANCISC OFFICE HOURS;
5. CICIL STANDING ORDERS FRO MAGISTRTE JUDGE JOSEPH C. SPERO;
6. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;
7. U.S. DISTRICT COURT NORTHER CALIFORNIA ECF RESGISTRATION INFORMATION HANDOUT;
8. CONSENTING TO A MAGISTRATE JUDGE'S JURSIDICTON IN THE NOTHERN DISTRICT OF CALIFORNIA.

SERVED UPON:

Thomas E. Frankvich, Esq.
Thomas E. Frankovich
A Professional Law Corporation
2806 Van Ness Avenue
San Francisco, CA 94109
Tel: (415) 674-8600
Fax: (415) 674-9900
*Attorneys for Plaintiffs:*
*Les Jankey, an individual; and Disability*
*Rights Enforcement, Education, Services:*
*Helping You Help Others*

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

1

PROOF OF SERVICE

☒ (BY MAIL) I am readily familiar with Long & Levit LLP's practice for collection and processing of documents for mailing with the United States Postal Service. I caused such document(s) to be placed in a sealed envelope, addressed to the person(s) on whom it is to be delivered pursuant to the attached service list, with postage thereon fully prepaid, to be deposited with the United States mail at San Francisco, California, that same day in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on June 16, 2008, at San Francisco, California.

_____
Cindy C. Ratcliff

DOCS\Z9901-500\550194.V2

LONG & LEVIT LLP
465 CALIFORNIA STREET
SUITE 500
SAN FRANCISCO
CALIFORNIA 94104
(415) 397-2222

2

NOTICE OF ENTRY OF DISMISSAL