1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A PROFESSIONAL LAW CORPORATION*
   2806 Van Ness Avenue
3  San Francisco, CA 94109
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs LES JANKEY
   and DISABILITY RIGHTS ENFORCEMENT,
6  EDUCATION SERVICES: HELPING YOU
   HELP OTHERS

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 LES JANKEY, an individual; and        )    **CASE NO.  C 08-2978-JCS**
   DISABILITY RIGHTS ENFORCEMENT,        )
11 EDUCATION, SERVICES: HELPING          )    **CONSENT TO PROCEED BEFORE A**
   YOU HELP OTHERS, a California public  )    **UNITED STATES MAGISTRATE**
12 benefit corporation,                  )    **JUDGE**
                                         )
13       Plaintiffs,                     )
                                         )
14 v.                                    )
                                         )
15                                       )
   RED JACK SALOON; NORMA                )
16 PALADINI; and DOES 1-20, inclusive,   )
                                         )
17       Defendants.                     )
   _____)
18

19       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

20 party hereby in the above-captioned civil matter hereby voluntarily consents to have a United

21 States Magistrate Judge conduct any and all further proceedings in the case, including trial, and

22 order the entry of a final judgment.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

CONSENT TO PROCEED BEFORE U.S. MAGISTRATE JUDGE

1 | Appeal from the judgment shall be taken directly to the United States Court of Appeals for the
2 | Ninth Circuit.
3 |
4 | DATED: June 23, 2008                THOMAS E. FRANKOVICH
                                        *A PROFESSIONAL LAW CORPORATION*
5 |
6 |
                                        By: _____/S/_____
7 |                                          THOMAS E. FRANKOVICH
                                        Attorneys for Plaintiffs LES JANKEY and DISABILITY
8 |                                     RIGHTS ENFORCEMENT, EDUCATION, SERVICES:
                                        HELPING YOU HELP OTHERS, a California public
9 |                                     benefit corporation