1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
4  Telephone:     415/674-8600
   Facsimile:      415/674-9900
5
   Attorneys for Plaintiffs LES JANKEY
6  and DISABILITY RIGHTS ENFORCEMENT,
   EDUCATION SERVICES: HELPING YOU
7  HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RED JACK SALOON; and NORMA PALADINI, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CASE NO. CV-08-2978-JCS** <br><br> **NOTICE OF CHANGE OF FIRM ADDRESS** |
|---|---|---|

**TO THE COURT, DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT, Thomas E. Frankovich, *A Professional Law Corporation*, has changed its address from: 2806 Van Ness Avenue, San Francisco, California, 94109 to the following:

**4328 Redwood Hwy, Suite 300**

**San Rafael, California, 94903**

The telephone number and fax number remain the same.

Dated: August 28, 2008          THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*


                                By: _____/S/_____
                                       THOMAS E. FRANKOVICH
                                       Attorneys for Plaintiffs