1  THOMAS E. FRANKOVICH (State Bar No. 074414)
   THOMAS E. FRANKOVICH,
2  *A Professional Law Corporation*
   4328 Redwood Hwy., Suite 300
3  San Rafael, CA 94903
   Telephone:    415/674-8600
4  Facsimile:    415/674-9900

5  Attorneys for Plaintiffs
   LES JANKEY
6  and DISABILITY RIGHTS,
   ENFORCEMENT, EDUCATION,
7  SERVICES: HELPING YOU
   HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LES JANKEY, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION, SERVICES: HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>RED JACK SALOON; and NORMA PALADINI,<br><br>    Defendants. | CASE NO. CV-08-2978-JCS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON** |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees. The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement. *See* Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

///

///

1     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2 their designated counsel that the above-captioned action be and hereby is dismissed with
3 prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

5 Dated: March 2, 2009     THOMAS E. FRANKOVICH,
    *A PROFESSIONAL LAW CORPORATION*

By:    /S/
    Thomas E. Frankovich
Attorney for Plaintiffs LES JANKEY and
DISABILITY RIGHTS, ENFORCEMENT, EDUCATION,
SERVICES: HELPING YOU HELP OTHERS, a California
public benefit corporation

12 Dated: March 3, 2009     DAVID P. BOROVSKY,
    LONG & LEVIT LLP

By: _____
    David P. Borovsky
Attorney for Defendants RED JACK SALOON; and
NORMA PALADINI

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary.

DATED: March 6, 2009

HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON     -2-